i

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:    KARI JO BAILEY                             CASE NO: 4:24-bk-10877 R

Debtor                                              Chapter 13

## CHAPTER 13 ORDER TO PAY TRUSTEE
## (EMPLOYER WITHHOLDING)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the entity from whom the debtor receives income:

> Amazon Prime
> 440 Terry Avenue North
> Seattle, WA  98109

shall deduct from said income the sum of **$34.62 WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from other benefits payable to the debtor and to remit the deductible sums **EACH MONTH** to:

| Check Payments: | | Electronic Online Payments: |
|---|---|---|
| Joyce Bradley Babin, Trustee | OR | Processed by Nationwide TFS |
| 3411 Momentum Place | | Enroll at www.tfsbillpay.com/employer |
| Chicago, IL  60689-5336 | | (Private company not affiliated with the Trustee's office) |

IT IS FURTHER ORDERED that this entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated.

IT IS FURTHER ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance or union dues, be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS ON ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT OR VOLUNTARY CREDIT UNION PAYMENTS BE MADE FROM THE INCOME OF SAID DEBTOR, WITH THE EXCEPTION OF CHILD SUPPORT, UNLESS OTHERWISE ORDERED BY THE COURT.

IT IS FURTHER ORDERED THAT this Order supersedes previous orders made in this regard to the above entity in the case.

GO 11-2/tg    /3

i

Date:  June 03, 2024

/s/ BIANCA M. RUCKER
_____
BIANCA M. RUCKER
United States Bankruptcy Judge

cc:  KARI JO BAILEY
      Knollmeyer Law Firm, P.A.
      Joyce Bradley Babin